# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02891-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

ANDRE LEFFEBRE,

      Petitioner,

v.

DAVID BERKEBILE (Warden),
FEDERAL BUREAU OF PRISONS, and
U.S. DEPARTMENT OF JUSTICE,

      Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner has submitted a Petition for Habeas Corpus.  As part of the court's
review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted
document is deficient as described in this order.  Petitioner will be directed to cure the
following if he wishes to pursue any claims in this court in this action.  Any papers that
Petitioner files in response to this order must include the civil action number on this
order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    <u>xx</u>    is not submitted
(2)    <u>  </u>    is missing affidavit
(3)    <u>  </u>    is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)    <u>xx</u>    is missing certificate showing current balance in prison account
(5)    <u>  </u>    is missing required financial information
(6)    <u>  </u>    is missing an original signature by the prisoner
(7)    <u>  </u>    is not on proper form (must use the court's current form)

(8)     __     names in caption do not match names in caption of complaint, petition or
               habeas application
(9)     xx     other: <u>motion is necessary only if $5.00 filing fee is not paid
               in advance</u>.

**Complaint, Petition or Application**:
(10)    __     is not submitted
(11)    xx     is not on proper form (must use the court's current form)
(12)    __     is missing an original signature by the prisoner
(13)    __     is missing page nos. ___
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     names in caption do not match names in text
(16)    __     addresses must be provided for all defendants/respondents in "Section A.
               Parties" of complaint, petition or habeas application
(17)    __     other: _____

Accordingly, it is

       ORDERED that Petitioner cure the deficiencies designated above **within thirty
(30) days from the date of this order**.  Any papers that Petitioner files in response to
this order must include the civil action number on this order.  It is

       FURTHER ORDERED that Petitioner shall obtain the court-approved Prisoner's
Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas
Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §
2241 forms, (with the assistance of his case manager or the facility's legal assistant),
along with the applicable instructions, at www.cod.uscourts.gov.  It is

       FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies
**within thirty (30) days from the date of this order**, the action will be dismissed
without further notice.  The dismissal shall be without prejudice.

       DATED November 2, 2012, at Denver, Colorado.

                                          BY THE COURT:

 s/ Boyd N. Boland            
United States Magistrate Judge