IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02891-LTB

ANDRE LEFFEBRE,

    Petitioner,

v.

DAVID BERKEBILE, Warden,
FEDERAL BUREAU OF PRISONS, and
U.S. DEPARTMENT OF JUSTICE,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 10, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Petitioner.

    DATED at Denver, Colorado, this 10 day of December, 2012.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/ S. Grimm
                             Deputy Clerk